

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

> Application GRANTED. The arraignment is RESCHEDULED to May 25, 2021, at 10:30 a.m. The link provided by Chambers remains the same, as does the call-in information for the public and press at Doc. #10. Time is excluded in the interests of justice from today, May, 19, 2021, until May 25, 2021, to allow the defendant time to receive and review discovery with counsel and to allow the parties time to continue discussions of a potential disposition of this case. The Clerk of Court is directed to terminate Doc. #12. SO ORDERED.
>
> *[signature]*
>
> May 19, 2021

Re: *United States v. Tracii Show Hutsona*, 21 Cr. 299 (JMF)

Dear Judge Furman:

    The Government writes on behalf of the parties to respectfully request that the Court adjourn the initial conference in the above-listed case, which is currently scheduled for May 21, 2021, at 10:30 a.m. The defendant recently retained new defense counsel. The defendant's new counsel has a sentencing hearing in another case that is also scheduled for May 21, 2021, at 10:30 a.m. Accordingly, the parties respectfully request that the Court adjourn the conference in this case to either (1) Monday, May 24, at 11:00 a.m. or 2:00 p.m. or (2) sometime on Tuesday, May 25.

    The Government further requests that the Court exclude the time between today and the date set by the Court for the initial conference, pursuant to the Speedy Trial Act. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted in order for the Government to produce and the defendant to review discovery. An exclusion is also warranted to allow the parties time to continue discussions of potential pretrial resolution of this case. Defense counsel consents to this request.

                                                      Respectfully submitted,

                                                      AUDREY STRAUSS
                                                      United States Attorney

                                By: _____
                                   Michael C. McGinnis / Timothy V. Capozzi
                                   Assistant United States Attorneys
                                   (212) 637-2305/2404

cc:      Deborah Colson, Esq.