

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2021

**VIA ECF**

Application GRANTED. Time is excluded in the interests of justice from today, until October 26, 2021, for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. #18. SO ORDERED.

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

September 9, 2021

Re: *United States v. Tracii Show Hutsona*, 21 Cr. 299 (JMF)

Dear Judge Furman:

On August 31, 2021, the defendant moved to adjourn the next status conference and the motions schedule. The Government consented to the motion. On September 1, 2021, the Court granted the defendant's motion and adjourned the conference until October 26, 2021. The Government writes to respectfully request that the Court exclude the time between the date of this letter and October 26, 2021, pursuant to the Speedy Trial Act. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted in order for the defendant to continue to review discovery and prepare any pretrial motions. An exclusion is also warranted to allow the parties time to continue discussions of potential pretrial resolution of this case. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Michael C. McGinnis / Timothy V. Capozzi
Assistant United States Attorneys
(212) 637-2305/2404

cc:   Deborah Colson, Esq.