

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2023

> Application GRANTED. Sentencing is hereby ADJOURNED to February 28, 2023, at 10:00 a.m. (The Court is unavailable on the days suggested by the parties.) The Clerk of Court is directed to terminate Doc. #44. SO ORDERED.
>
> January 11, 2023

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *United States v. Tracii Show Hutsona*, 21 Cr. 299 (JMF)

Dear Judge Furman:

      The Government writes with the consent of the defendant to respectfully request an approximately two-week adjournment of the sentencing in the above-listed case, which is currently scheduled for February 7, 2023, at 3:00 p.m. Assistant United States Attorney Michael C. McGinnis and I have handled this case on behalf of the Government since its inception. Assistant United States Attorney McGinnis recently left the United States Attorney's Office and therefore will not participate in the sentencing proceeding. I am one of two prosecutors handling the case of *United States v. Suresh Munshani*, 22 Cr. 215 (JSR), which had been scheduled to begin trial on January 17, 2023, but was rescheduled in late December to begin on February 6, 2023. The Government expects that the *Munshani* trial will go forward and that it will last approximately one week. I have conferred with defense counsel, and the parties are available for sentencing in this case on February 20 or February 21, 2023. Accordingly, the Government respectfully requests that the Court adjourn the sentencing to a time on one of those days or a convenient date thereafter.

      Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy V. Capozzi
Assistant United States Attorney
(212) 637-2404

cc:   Deborah Colson, Esq.