UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States

Plaintiff,

Case No. 21 CR 299 (JMF)

-against-

Tracii Hutsona

Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Deborah Colson
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DC1578          My State Bar Number is 2773273

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Colson Law PLLC
            FIRM ADDRESS: 80 Broad St, 19th Floor, New York, NY, 10004
            FIRM TELEPHONE NUMBER: (212) 257-6455
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Moskowitz Colson Ginsberg & Schulman
            FIRM ADDRESS: 80 Broad St, Suite 1900, New York, 10004
            FIRM TELEPHONE NUMBER: (212) 257-6455
            FIRM FAX NUMBER:

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:   2/3/2023

/Deborah Colson/
ATTORNEY'S SIGNATURE