# EXHIBIT A

Tracii Hutsona


September 24, 2002

Hon. Judge Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Furman,

I have been thinking of how to approach this for some time. When it boils down to it, the only idea you will have about the person I am is based on what you are presented with from the US Attorney's office, probation, and my attorney. When I saw the PSR and read the words as they are written, I felt helpless, especially given the absolute remorse I feel from my actions in this case.

As history reflects, I started getting in to trouble nearly 30 years ago, in 1994, the year after I met my ex-husband. When we met, he didn't tell me he had been married twice before. By the time I learned this, I was pregnant and under a crazy spell. I fell for a façade of lies and ended up marrying him in 1995, when I was 6 months pregnant with my daughter. Everything in our lives was hectic and filled with drama, and we often fought with people over the smallest things. A landlord over a refrigerator. A car dealer over a Jeep. Both of which, I was later convicted for. It was a young and foolish relationship; I played right into the "you and me against the world" chaos. After I became pregnant with our second child, I was convicted simultaneously for the previously mentioned actions, in addition to several NSF checks, and all-around reckless behavior. I was sentenced concurrently.

Once released, I stayed married to Paul in hopes that we would raise our children together and clean up our act. I was totally focused on my family and my career. Paul continued on his spiral including cocaine, weed, constant manipulation and cheating. I would face other moms at school who would tell me that he would text them while sitting next to me at a school play, and random women weekly with stories of how he had slept with them and told them his wife was dead, divorced, in a mental institution … the stories were unreal.

Although I was completely dedicated to our children, I also stayed on this rollercoaster path for the next 10 years--oddly and unhealthily addicted to this relationship. We ended up in trouble together again. In 2008, I accepted a plea for a 75-month sentence. I served 5 years and left my children to fend for themselves. My mother died in 1997. My sister and uncle played a huge part

in their lives, helping them through. But we would never be the same after this. My father passed away in 2010 while I was incarcerated, and the anguish was only made bearable by the fact that I had to stay sane and get home to my children.

I believed I would never revert to criminal activity, but I was somehow wrong. Being released from prison is something no one can really grasp unless they have been through it. The survival of the fittest mentality is a definitely a component in prison, but that's not what I got from it. I spent my time evaluating life; I dove in to help women to feel as empowered as I needed to feel in order to avoid recidivism once we were released. But it was harder than I ever expected. I needed to rebuild my bond with my children. I needed to earn a living to support us.
I got a job, but once they learned of my criminal history, I lost it.

The only way to earn money was to start my own business. My daughter and I started a concierge business and quickly gained several clients. We met my husband Derrell in 2014, and he joined us in our business. We booked vacation rentals and luxury vehicles for 3rd parties, planned events, and offered lifestyle management.

Joumana Kidd was a lifestyle management client. I was trusted to handle her personal affairs. I was honest with her about my past mistakes, and we became close. Joumana was loose with her finances, and I am so ashamed to admit that I took advantage of that. I accept full responsibility for my actions. My conduct was wrong and I regret it deeply. In the time that I worked for Joumana, I had several clients who trusted me with their affairs and will vouch for my work ethic with them. In 2019, after I had stopped working for Joumana, I opened a restaurant in San Diego with very little funding and a lot of hard work. My husband and I did everything in that building from sanding/painting, to decorating, designing, cooking, serving, and washing dishes.

The restaurant has been my redemption in a way. I have managed to create something that encourages empowerment (Rosie the Riveter is our logo and inspiration), inclusion, and diversity.  In 2020, COVID hit. Restaurants were forced to close in California. We managed to re-open for takeout, and we opened a second location in the middle of the pandemic in Phoenix, AZ in September 2020. We offered Covid testing weekly for our employees and the community.

I have developed a team of over 100 employees between the two locations, and I have a genuine bond with them. We have received awards for "Best restaurant in San Diego" and "Best of your city" in Phoenix. I am able to give opportunities to people who have felt like they were always last in line. We all get involved with Toys for Tots and Angeltree through Prison ministries. My team takes such pride in working together to deliver gifts to children of incarcerated parents. For the first time in my life, I finally feel like I am able to make a positive difference in the lives of others.

Showing up every day to face my staff and customers and even just to walk in public since this case began has been the hardest thing I have ever done. These are the days of the Netflix/Hulu docu-series trend, and the story about me has been picked up and redesigned all over the world. The NY Times, Post, San Diego Tribune, Phoenix News, Channel 12, you name it. I hear people walking behind me. I walk past reporters to enter my restaurant. The day I was released, we immediately lost our food truck location, which lost our company around $20,000 per week in

sales. Our POS company stopped credit card processing for a while. Food vendors pulled their accounts and refused to supply us with food. We sourced food and loaded our truck at Restaurant Depot supply when no one else would deliver to us. My employees and their families are harassed at home. My poor in-laws are good hardworking people in medical and law enforcement for 40 years and have a tarnished name now because of me. They have taken me in with love and support I never felt from a stable home environment.

Your honor, I want to continue contributing to society and pay my debt. I am running a successful business and I am providing for myself and my family. If I serve a lengthy prison sentence, I will not be able to put anything toward restitution. This will hurt my family, my employees, and the families of my employees. I fear for my employees and the economic impact all the mistakes of my past will have on them. I accept responsibility and understand that I need to be held accountable for my actions. If there are any programs where I can check in or even sleep in custody but work running my restaurants during the day, I would really appreciate that.

Thank you for taking the time to read this and considering all the circumstances when making your sentencing decision.

In Health,

Tracii Hutsona

# EXHIBIT B

Dear Judge Furman,

I am writing you today to ask you to show leniency in my sister Tracii Hutsona's criminal case. My intention is to give some background on our childhood and vouch for her character.

While our parents were very kind and loving people, they married and had children extremely young. We did not have an easy childhood growing up. Our mother was new to this country. She came from a country that is not known for great ethics, morals and laws. We grew up being taught the law is not black and white, and there was a lot of gray. This is something we had to learn was wrong on our own later in life in our own time. Some of us learned quicker than others.

Our mother had a hard time finding a job since English was her second language, and she ended up selling real estate. Our father lost his business and went into real estate as well.  We watched our parents work very hard and use what they would call "creative ways" and "creative financing" to get clients into their homes. When the real estate market took a downturn, and our parents had no income, our father started to sell drugs. Although our mother never touched a drug or drank alcohol, she turned a blind eye. She  felt it was necessary to support the family.

I was heartbroken when Tracii told me a story of being in high school and she was out with some friends and a couple boys. The boys wanted to get drugs and went to purchase them. They pulled up in front of our family home and Tracii just

ducked, she was mortified and did not want anyone to know that was her house.

We grew up in a toxic family that was also a very loving home. I could write a novel with details. I have been in therapy for 20 years and suffer PTSD. I am amazed when I look back at our childhood that we are all okay.

Our sister Debbie had complications at birth and had many problems growing up, both physically and mentally. It was challenging living with her and my father. At times, Debbie would get physically violent. Our father would sometimes get violent with her, once resulting in a broken wrist which we were told to lie about how it happened. Debbie never really had any kind of relationship with Tracii, and they haven't even spoken in about 20 years. Anything that Debbie has said in the press about Tracii would have to come from hearsay or something that she read unless it was appropriately 20 years or more ago and according to her memory of what happened that long ago.

Tracii managed to stay out of trouble for the most part until she met her now ex-husband. I do not know exactly what was involved, however, I do remember him yelling at Tracii to get the money he needed to play golf, no matter what it took. Tracii was always trying to keep him happy and did not want to break up their family.

Tracii has been working so incredibly hard and built a successful business from the ground up. I believe she has learned many lessons in life and that her success is due to

hard work. I would hate for that to be taken away now, and I would hate for her stepson to have to grow up without her and how much hurt and anguish that would cause.

Tracii has always had a huge heart and has helped numerous organizations and hundreds of employees. She has helped women get back on their feet, worked with homeless and children with parents behind bars. She even asked me to help an organization for children who had parents that were incarcerated durning Christmas while she was behind bars herself.

I believe she will not benefit from serving time and it would be greatly detrimental to her family, her employees, her community and many others that have counted on her generosity both financially and with her time.

Thank you for your time and consideration,

Sincerely

Michelle Stanton

# EXHIBIT C

RE: Letter to the Judge in Relation to the Court Sentencing of Tracii Hutsona

Dear Judge Jesse M. Furman,

I humbly ask you to show utmost leniency in your choice of a sentence with respect Tracii Hutsona's criminal case. I am appealing and pleading for your clemency as her daughter.

I believe that every action has consequences, and I don't think anyone should be immune to them. Before the age of 13, I thought my mom was a superwoman. Someone who could be in 30 places at once and excelled at everything. Dropping us off for school, going to work, volunteering at a shelter, showing up for a school play, picking us up from school, making dinner, & hosting sleepovers all in a day's work. Like it was nothing. I never knew any differently. That all changed when she was sentenced to 6 years in prison in 2008 and I realized she was human like the rest of us.
My intention of this letter is of course to vouch for her good character & tell you why society needs her here, but I also want to offer a glimpse into the irreversible consequences we all suffer beyond the bars.

I am not 13 anymore, I won't have to face bullies at school or feel unwelcome in someone else's home if she serves time again. By the time she got out of prison, I was basically an adult. We reconnected and got back on our feet together. Just the two of us. I picked her up and personally experienced starting life again from a halfway house. The tenacity required to be successful again, with no money in her pocket and a broken-down car that smelled like poop I bought with my savings, she was determined to turn our life around. And she did. She did it for us, and then she did it for other women. Her journey after prison has been about empowerment, even when it came to Joumana Kidd, who seemed to be under the thumb of her ex-husband.

It's easy to read about my mom online and assume she is a greedy woman, but as someone who knows her better than anyone else, I am here to tell you that is simply not true. It might sound silly, but my mom doesn't care that much about money. I think that all she wants out of life is to be loved, whether it's from employing hundreds of people or helping women get back on their feet, her real passion in life has been about redemption.

I sincerely do not believe she will benefit from serving time. I don't think she needs to learn new ways to use top ramen in recipes, or how to dye her hair with cherry Kool-Aid.
My mom is on the first 5 pages of google, a docuseries will soon be aired on Hulu, and we need her here to help the family move forward. I am 27 now, and while I have forgiven my mom for the past, I know she will feel guilty about what her children endured for the rest of her life. My mom calls me in tears regularly, over my little brother who recently had a baby, because he hasn't talked to her in years.

I mentioned at the beginning of this letter that I believe every action should have consequences, and your Honor I believe there are plenty of consequences outside of your

control that she has faced and will face out here. I think her accountability should continue being served here in society.

I can attest that she has shown sincere remorse for actions in her life and accepts that she has made mistakes. Your honor, my mother, Tracii Hutsona, is a good and honest person. She is a woman who makes amends with those she has hurt, frequently volunteers, and strives to contribute to our community. Extreme sentencing will be harmful for her family, her employees, as well as the community she has so deeply supported. I hope you consider this information when making your decision.

Thank you for your time and consideration,

Gabrielle Show

DocuSigned by:

*Gabrielle Show*

F32927115A664A1...

# EXHIBIT D

November 27, 2022

Dear Judge Furman,

My name is Derrell Hutsona.
I am writing you on behalf of Tracii Hutsona. My best friend, and my wife.
I am choosing to write the letter this way because becoming her best friend was an important step before becoming her husband. I can remember meeting Tracii. It was at a time in my life where my life's ship was sinking. There was crack in the middle of it, and I really couldn't figure anything out. I was too proud to let others see that I didn't know what to do. I left football with injuries and useless Engineering degree with no practical knowledge. I was in a dark place. What I didn't know is that Tracii would end up being the patch that I needed to keep me afloat and hold everything in my life together. She kept me from giving up, without even knowing what she was doing. Just being herself. Out of the kindness of her heart, the words that she said and the actions that she displayed. She insisted that everything will be ok. Trust me, Tracii's heart is sized as normal as mine, but in reality, it's as big as the earth. She is kind, caring, and helpful to others. I met Tracii when she was on home confinement, and both dedicated ourselves to rebuilding. She was honest about her past and current struggles. When she slid backwards with our client Joumana Kidd, she went to Joumana and confessed. She immediately came to me with her guilty conscience, confessing what she had shared with our client. She vowed to make things right and began repaying Joumana.

Today, Tracii runs our business. BB Restaurant group and our restaurants are known for community outreach and giving opportunities to people who would otherwise be last in line for opportunities. From employees to vendors. My role is more in a heavy lifting capacity- I make repairs, handle security and electronics. But Tracii is undeniably the backbone of our business. She maintains day-to-day operations. This includes maintaining relationships with staff, vendors, and customers. She does all the hiring and employee onboarding. Tracii does all the marketing herself and takes pride in bringing people together in the name of diversity and inclusion. She also handles all the employee benefits and payroll, trainings, state and government compliance. She works with the county health and environmental services departments, and city planning to maintain our permits. She leads company outreach by putting teams together to provide food to Feed Phoenix, and Angel Tree foundation has come to depend on her participation. She took on sponsoring 200 kids of incarcerated parents this year. The Angel Tree director called just last week to ask if she could take another 85 kids in Maricopa county who were not yet sponsored for Christmas gifts. They know they can count on Tracii for our company's participation. Of course, she figured it out, and formed another volunteer group at the restaurant to place another tree and delegated tasks to our team to call caregivers, collect and wrap gifts, then she separated the geographical areas and assigned deliveries to our staff who volunteered.

Recently, we have discussed what will happen if Tracii is sentenced to prison time. She has been trying to get myself and others to understand how to do what she does for this business to run. Honestly, I am convinced that the business and our 130+ employees will not survive without her here. She truly is the driving force of our operation.
I wish you could spend a week with her just to see the type of person she is, and the things she does. She is a whole team within herself. The mom, the manager, the hardest working woman that I've ever seen. She is a teacher and leads the business that we share. The depiction of my wife via the recent media, and all the hateful press incited against her does not accurately paint the person she is.

At home, I literally watch her switch from the head lady in charge, into the mother who has a 7-year-old (who demands constant mommy attention), all while managing to get her work done and cook a full meal while working on a MacBook next to the stove. I can honestly say, part of the reason I fell in love with her is because of her work ethic. She lives by the four agreements and preaches that we be impeccable with our word. All I have ever known coming from a professional football background, is that you earn your position and respect.

The list of her good deeds is much longer than I can mention here. Much longer than her criminal history report. What she does for our employees and people of communities (in which she doesn't even come from), is vast.

I participate in football clinics to train kids on fundamentals and keep them "off the streets." Tracii is right beside me donating her time to at risk youth. Whether it's Urban 5ks, or clothing the less fortunate, Tracii leads the way in doing all we can. Collecting bags of clothes for halfway house people or putting together toys drives, that's the Tracii Hutsona I know. And our communities know. I can go on and on about the great person she is. I hurt for her for the way she is being painted by people and the media, because in reality, the of the best people have made terrible mistakes. She bounced back, corrected her actions by confessing and being accountable. She has started to pay and been saving to put a great amount toward restitution. Tracii is not perfect, and she'll be the first one to say it. But i promise you, God as my witness, her actions in the last few years are not far off from being perfect! She refuses to cut corners , and lives by the rules that most all bar/restaurant owners bend.

In the end, I ask your Honor to please look at all the facts, and not embellished facts, news stories, or perceptions of even her previous history. I'm sure your Honor knows the system better than most of us, and how the opposition works to get their point across. I plead for you to give her a last chance, so she may continue doing the work she does and continue to help keep people happy, employed and loved as she loans her heart to so many people.

Sincerely,

Derrell Hutsona

# EXHIBIT E

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY. 1007

I'm sending this letter as I would like to speak on behalf of the character of Tracii Hustona.  My name is LeDonna Spongberg, I'm a commercial real estate broker in Arizona.  I've worked in my career for over 23 years.  I've had the pleasure of working with Tracii in a business capacity over the last four years.  All of my dealings with Tracii have been positive.  She has been transparent and upfront with me about every part of her life from day one.  Everything thing she has said or committed to; she has performed one hundred percent on every level.

Since opening her Breakfast Bitch Restaurant in Arizona, I've watched her change the landscape of the downtown phoenix restaurant scene.  The Breakfast Bitch is one of the most successful restaurants in the entire Phoenix market.  She and her husband Derrell are hands on owners, working in the restaurant every day.  It's a true labor of love for them.  Tracii has a strong connection with all of her employees, she cares for each and every one of them like family.  She has given job opportunities to people turning over a new leaf and are often not offered opportunities in traditional work environments.  She has experienced some of the same challenges and understands people are worth a second chance. Tracii is one of the impactful female entrepreneurs in the market.  She does a substantial amount of work with local charities donating time, resources, and financial support.  She takes her role as a female entrepreneur very seriously and works with other women in the community to support business and empowerment.

If every person that enters the business world were as well rounded, gracious, and dedicated as Tracii Hustona this world would be an even better place.  I want to see her continue to excel because so many people and families rely upon her leadership and guidance.  She has been patient and humble throughout her current legal situation and when most people would have given up or given in to the immense pressure.  She picks herself up and forges ahead because it's not just about her, it's about the lives and success of many.

I appreciate you taking the time to read this letter.

Sincerely,


LeDonna Spongberg

# EXHIBIT F

From:
Chanel Williams
November 28, 2022

To:
Judge Jesse M Furman
Deborah Colson
Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004


To Whom it May Concern,

My name is Chanel Williams and I am writing on behalf of Tracii Hutsona and her character. I
have worked for and known Tracii Hutsona for almost 4 years. Even though its only been a
small amount of time, it seems like I've known her forever because that's what it's like to know
Tracii. She is quite literally one of the humblest, kind, and warm souls I have ever known. She
cares immensely for the people around her and whom work for her. Although our relationship
started as a professional one, it quickly felt like a second family being around her and her
husband. Tracii gave me the chance of a lifetime at my young age to grow and become the
Chef I am today. I will be forever grateful for the support and opportunities she has given and
continues to give me. She prides herself in making sure that her employees are more than just
a number to her, she genuinely cares about each and every one of our well beings. When it
comes me personally, I can numerous times where she has shown humility and care towards
me. I'd have to say the most impactful times were during the beginning of Covid. We had
several lockdowns during that time in San Diego and when the first one happened it was
difficult to keep all of us employed. She called me back around June because the lockdown
had been semi lifted and we could do at least 50 percent business. I went back to work for a
couple of months and around November they announced another lockdown. I had no idea
what would happen after that but this was also around the same time that the Phoenix location
had opened. Tracii called me to come out to Phoenix to help with that location since there was
no work in San Diego. I went to Phoenix around January of 2021 and haven't left since. I say
that story to say that I could've just been left on unemployment in San Diego but she gave me
the opportunity to keep growing with this company and to continue to have a job when that
wasn't the case for most people. During the pandemic Tracii did everything in her power to
keep a good amount of us with a job where most owners would just take the easy way out and
close up and lay everyone off. If you want to speak on someones character and the difference

between what you might see someone drive, wear, or where they live versus what they actually do day to day then we're talking about Tracii Hutsona. I've never seen any owner as involved as her and her husband. Tracii is the person who will come into the restaurant and wash dishes, bus tables, serve, expedite orders, make drinks if she has to and then go over to the new location and paint the walls and put up drywall and etc and not get home until late and then be up at 6 am the next day to do it all over again. That's what a selfless person like Tracii does because she wants her company to know that she doesn't act as if she is beneath any of us, she will do the grunt work with us. I could go on and on about Tracii's character all day but I will end with this, to know her truly and in real life not what you see on the internet is to know the type of person she is and to love her. Tracii doesn't have a malicious or greedy bone in her body and I am forever grateful for her being in my life and for all of the things she has done to change my life for the better so I hope this letter does the same for her, she has given so much to so many people just in the small time that I have known her and she deserves everything good and positive.

# EXHIBIT G

Dear Judge Furman,

My name is Marissa Louvau and I manage Tracii Hutsona's business Breakfast Bitch in Phoenix, Arizona. Tracii came into my life two years ago when I applied for a management position at Breakfast Bitch Phoenix. I was ecstatic when I found out I had gotten the job as I had taken a two-year break from working to care for my toddler who was fighting leukemia and sort out the tremendous emotional strain that came along with it. I was nervous about getting back into the game but was welcomed with open arms, opportunity, and support. For the first time in my career I didn't feel held back or discounted based on my gender or on what I had going on at home. I have never met another person in my life that was more driven to help the people around her succeed. I have never worked for another employer that took such an active interest in my role and personal development. The values I have learned from Tracii, as a leader, have become a standard for how I run Breakfast Bitch and pass her experience, kindness, and expertise on to my entire team. Tracii, runs a tight ship, it's incredible to work for such an honestly open business and to be given the opportunity to see and understand the financial side of the industry. She treats our entire staff like family and genuinely sees the good in everyone. I have never met a more generous, humble, and kind human being.  The support she has shown my family means more to us than she knows. I am so grateful and proud to be part of her team and to have such an incredible avenue to find opportunity every day to spread kindness and joy to our community, to support inclusion, diversity, and progress, these are core values I hold dear to my heart. Tracii has helped me find purpose and identity again after taking a break from the outside world. I am forever grateful to have her in my life!

Sincerely,
Marissa Louvau

# EXHIBIT H

September 8, 2022

To Whom It May Concern,

I am writing this letter about Mrs. Tracii Hutsona. Mrs. Tracii Hutsona and her organization Lend sponsor gifts to the Angel Tree Children in Phoenix, Arizona, and San Diego, California, 2021. Mrs. Hutsona and her organization Lend/Breakfast B requested 200 Angel Tree Children to sponsor for 2022. These are children whose parent is incarcerated. The gifts are purchase on the behalf of the incarcerated parent.

If you have questions or concerns, please feel free to contact me at the number below.

Regards,

**REV. DR. DAVID A. HATCH, PH.D.**
Church Mobilization Manager



PRISON FELLOWSHIP

*Seek justice. Love mercy. Restore Hope*

# EXHIBIT I

**SANDIEGOHIPHOP5K**

September 9, 2022

To the members of the court and your honor Judge Furman,

This letter serves to verify Tracii Hutson has consistently completed community service with the San Diego Hip Hop Health and Wellness 5k & Festival team over the past 2 years (2020-2022). Tracii is an outstanding volunteer at several food drives (averaging 7 hour shifts) The food drives were organized by SD Hip Hop 5k and served as COVID 19 relief free food distribution centers. Tracii's volunteer assignment included passing out food to the community and making home deliveries to seniors. She coordinated distributing free laptops to students in the southeast San Diego community on several occasions. In addition she has helped to cloth homeless vets. Her heart lives for the youth and she serves with a smile. We stand in support of her effort to do right by the law and our community.

In success,

Carleton Overstreet Jr.

SD Hip Hop Health and Wellness 5k & Festival
President

1

# EXHIBIT J



December 18, 2022

Judge Jesse M. Furman
United States District Court
Southern District of New York

Re: Tracii Show-Hutsona character letter

Dear Judge Furman,
I have known Tracii Show-Hutsona for many years. She has personally helped me with my catering and food truck business, Pete's Kitchen Inc.

During the pandemic, my business was destined to close. Tracii and her husband opened their kitchen to me which allowed me to provide dinner service to the community. I offered to pay them for their hospitality to help cover utilities, but they refused any money from me stating that "they wanted to help me make it." They are the reason my business survived through the pandemic and is thriving today.

Tracii is a very special human to me and my family. She has also positively touched many lives with her generosity and support in the San Diego community. We love Tracii dearly. I pray that you find it in your heart to consider these facts when you make your decision.

Kindest regards,
Chef Pete Coleman
Owner, Pete's Kitchen Inc.

# EXHIBIT K

Dan Dismuke



9/12/22

Dear Judge Furman,

      In the time I have personally known Tracii Hutsona, I have never experienced anything but generosity and kindness. When asked to write a character reference for her I thought this shouldn't be hard at all, there are simply no negatives to discuss. However, now that I am sitting here writing, I am realizing it is truly difficult to write a character reference for Tracii because I can't condense or narrow down all the incredible, and good natured traits that she possesses. I have been working for Tracii for three years now, and if I were to count the amount of times she has brainstormed how to help a struggling employee, I would be sitting here counting for the next few months. Her heart is her biggest obstacle and will always remain her biggest obstacle. When it comes to her own well being, or the company she is running, or her personal life. Tracii has always, and in my opinion, will always, move mountains to help out the little guy before herself. I can't speak to anything about Tracii's life before I met her, including this case. All I can say is that my own experiences with her have been nothing but quintessential. Time after time again, she has made sure I was supported, comfortable, and all around mentally well. My job is exhausting, and like most bosses, she does not forget that, or write that off. As I said before, I can't speak much to the current case at hand, but what I can speak to is that if we only base our decisions off people's pasts, we wouldn't get very far. No human would get very far, or ever get a chance to prove how great they truly can be. Tracii has already shown me, and most likely everyone around her, how great she can be, how impeccably selfless and caring she is and continues to be towards anyone in her life. Personal or work related. I see a lot of myself in her when it comes to her heart being her biggest flaw. I simply am better at hiding it, and pushing my personal feelings away from my decisions. Regardless, it is a trait we share, which makes it very easy for me to see it inside of her. In regular times, where any human would be thinking of how to benefit themselves, Tracii always is first considering how it could benefit everyone, with herself last on that list. For someone who's heart is her biggest weakness, you'd be surprised how uncommon it is for her to use that big heart on herself. I don't know, call me crazy, but I don't think many people in today's world act or think that way. But I do know the ones who do, are the ones we should be modeling after.

      I would also like to add that despite any of that, the employees at Breakfast Bitch do not deserve to suffer for any of this. The location in Arizona is held up by Tracii, who constantly is assisting and aiding the managers to get the job done on a daily basis. These are competent managers, but without her guidance, double checks, and assistance, I truly can't see that restaurant surviving without her. In terms of licenses, liquor, health, rent, and even assisting the managers with scheduling and occasionally even purchases, I cannot see that place surviving without her. Managers will fall one by one, without the guidance she provides, and soon after the employees will have no one to turn to and nowhere to clock in, and that is not fair to them.

Sincerely,
Dan Dismuke

# EXHIBIT L

To Who It May Concern,                                          1.20.2023

I am writing this letter on behalf of Tracii Hutsona. It is with great admiration and honor that my son ███████████ nd myself Laura Della Ripa have the pleasure of having Mrs. Hutsona as a Step Mother to Londyn.

Mrs. Hutsona, has been a valuable and intricate role model and loving step mother to our son. She has proven that her role as a step mother extends far beyond the normal responsibilities of an extended family member. Mrs. Hutsona's love and admiration for our son is not only beautiful but it is refreshing and provides our son the supportive family structure he needs in a well-rounded loving home.

Or family structure has been that of a team effort. As both families live in separate states, Mrs. Hutsona works diligently to ensure that our son spends quality time with her family as well as mine. She extends herself to great lengths even after a long work week. Regardless of the day or time, Mrs. Hutsona insists on finding the time and energy to travel almost 400 miles every two weeks to ensure that she is present at all football games, and holiday functions.

There has never been a time when our son has participated in any form of extracurricular activity that she was not both financially and physically supportive. Mrs. Hutsona is actively involved in our sons' academic career and endeavors by supporting the best educational institutions possible.

In closing, Mrs. Hutsona has continued communication with me in regards to her current situation. The thought of losing such a great role model and mother to our son is incredibly disturbing and heart breaking.

 To date, we have successfully and collectively co-parented Londyn with intentional love, support and care. We are incredibly blessed to have the opportunity to raise a beautiful son and we have accomplished this continuous goal as a team for the past 7 years.

To think that our son will lose his parent, in this current situation will be disruptive to a thriving, well balanced young man's lifestyle and wellbeing.

A decision as such would be detrimental to our son and our entire family.

Thank you

Laura Della Ripa

# EXHIBIT M

**Print**

**Rodney Hutsona** ███████████████

Fri 10/14/2022 10:01 AM

To: pa 16016 <pa16016@postalannex.com>

To whom this letter may concern:

I've known my "Daughter" Tracii Hutsona Show for 12 years!  She is the wife of my son Derrell Hutsona.

At the time my grandson was an infant and I witnessed how Tracii loved him, caressed him and took care of Him ██████ as if he was her son!  Latter, in life my grandson who was 5 at the time said to me "I have two mothers".

My Son Derrell and Tracii Hutsona eventually married and have been together for 6 years!  I've watched both of them grow and love one another!

Both ( Derrell and Tracii) started a restaurant in San Diego and now have a second successful restaurant in Phoenix Arizona!  I've observed how their employees speak highly of how as employees they are treated with dignity and respect! No

Both Derrell and Tracii, are Christian's who love the Lord with with all their heart, mind and soul!!  I say this because we all have made mistakes and come short of the gory of God.  But thank God he looks beyond our faults, sees to our needs but more importantly gives us another chance.

Lastly, your honor I am a retired currently rehired Probation Office for the County of San Diego for the past 40 years! I'm am currently, 68 years old.

To be straightforward with the Court, she Tracii has been sent by God to the Hutsona family and to all who know her.  I've watch her how she has blessed folks who need employment!  I watched her feed the homeless who've asked for a bite eat.  I watched Tracii counsel those who need sound advice and I watched how she takes good care of her family including me.

Your honor my Daughter ( I've never called her Daughter-in-law) is an asset to her community!  I believe with my whole heart, she will prove to the Court that if given an opportunity; my Daughter will not squander the Court's leniency!

With this in mind, I respectfully submit this letter for the Court's consideration.

# EXHIBIT N

Dear Judge Jesse M. Furman,

I'm writing on behalf of Tracii Hutsona's character. She is one of the most generous and caring people I have the pleasure to call a friend. Tracii never hesitates to go out of her way to help others. I needed to have a dental procedure in Mexico, which would leave me groggy and unable to drive. She took time out of her schedule to drive me to Mexico to insure I got there and back safe. Tracii's generosity and love for her friends and family is endless. Her mother-in-law, Sharee recently celebrated her birthday. Tracii planned a wonderful party, inviting all of Sharee's friends and family to celebrate. She spent hours cooking and decorating for the party.   Tracii went above and beyond to make it a memorable birthday!

Tracii is reliable and supportive. I know I can always count on her. The people she chooses to have in her life never question her loyalty or willingness to help.

I consider myself blessed to call Tracii a friend.

Thank you Judge for reading my letter. I hope you take my words into consideration.

Thank you,
Kalli Seely

# EXHIBIT O

Your Honor,

I am writing this letter on behalf of Tracii Hutsona and am humbly asking that you please take these words into consideration when you make your judgment.

I was adamant about writing this letter after reading what the media had wrongfully portrayed about Tracii. Far too often currently we are quick to judge people without knowing the facts and it still amazes me how the media can twist somebody's life experiences into their own narrative. Knowing Tracii Hutsona for 16 years personally and professionally, I felt it was only right to speak up on her behalf.

For 16 years I have watched Tracii be the most selfless, generous, caring person that I've ever met, to be perfectly honest. I watched her grow and become an even better version of herself over the years. She has run toy drives, organized charities for the homeless and always helped anybody less fortunate than her. She has been immersed in every community that she has been a part of in a positive way.

Her work ethic is impeccable, and she prides herself on being able to give hundreds of people employment every day. She is a true friend and a loving mother. Again, I please ask that you take these words into consideration in her affairs.

Sincerely,
Jennifer Rotter