# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

February 21, 2023

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Tracii Hutsona,* 21 Cr. 299 (JMF)

Dear Judge Furman,

  Ms. Hutsona is scheduled to be sentenced at 10:30 am on February 28, 2023. I write with the consent of the government to respectfully that the sentencing hearing be adjourned to 2:15 pm the same day because I have a scheduling conflict in the morning.

  Thank you for your consideration.

                Respectfully submitted,

                     /s/

                Deborah Colson
                (917) 543-6490 (cell)

Application GRANTED. Sentencing is hereby RESCHEDULED to 2:15 pm on February 28, 2023.

SO ORDERED.

February 21, 2023