UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
             :
UNITED STATES OF AMERICA             :
             :
        -v-             :      21-CR-299 (JMF)
             :
TRACII SHOW HUTSONA,             :      ORDER
             :
        Defendant.             :
             :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      After sentencing in this case, the Court received two additional letters — one from Defendant's sister, Deborah Show Lindstrom, and a second, dated February 23, 2023, from Loriann Hart (who had previously submitted a letter, through the United States Attorney's Office, dated February 19, 2023). Given that the letters were not received before sentencing and, thus, were not considered by the Court, they do not qualify as "judicial documents" subject to a presumption in favor of public access and will not be made part of the record in this matter.

      SO ORDERED.

Dated: March 3, 2023
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge