UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA,      :
      :
     -v-      :      21-CR-299 (JMF)
      :
TRACII SHOW HUTSONA,      :      <u>SCHEDULING ORDER</u>
      :
         Defendant.      :
      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties in this case shall appear for a bail review hearing on **March 20, 2023** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: March 13, 2023
       New York, New York

                                            JESSE M. FURMAN
                                          United States District Judge