**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

March 14, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re:    *United States v. Tracii Hutsona,* 21 Cr. 299

Dear Judge Furman:

    Toward the end of Ms. Hutsona's sentencing hearing on February 28, 2023, the Court ordered her to surrender by April 13 to the institution designated by Bureau of Prisons. Today, however, the Court directed Ms. Hutsona to appear for a bail hearing on March 20. I write to respectfully request the reason for the hearing and to ask whether Ms. Hutsona may appear remotely as she lives in Arizona.

    Thank you for your consideration.

                              Respectfully submitted,

                              /s/

                              Deborah Colson
                              (917) 543-6490 (cell)

cc:   AUSA Timothy Capozzi
       AUSA Michael McGinnis

The Court scheduled the hearing at the request of the Government, a request that was made in a letter that was submitted ex parte and temporarily filed under seal. The Court will provide the defense with a copy of the letter at the time of the hearing. The request for Ms. Hutsona to appear remotely is DENIED.

                              SO ORDERED.

                              [signature]

                              March 15, 2023