**MOSKOWITZ COLSON GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

March 17, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Tracii Hutsona,* 21 Cr. 299

Dear Judge Furman:

Earlier this week, the Court directed Ms. Hutsona to appear in New York for a bail hearing on Monday, March 20, 2023. I write with the consent of the government to respectfully request permission for her to self-surrender in Arizona instead. Should the Court grant Ms. Hutsona's request, she will report to the U.S. Marshals at the federal courthouse in Phoenix on March 20 at 10 am.

Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490 (cell)

cc:   AUSA Timothy Capozzi
       AUSA Michael McGinnis