# MOSKOWITZ COLSON GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

March 17, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Tracii Hutsona,* 21 Cr. 299

Dear Judge Furman:

    Earlier this week, the Court directed Ms. Hutsona to appear in New York for a bail hearing on Monday, March 20, 2023. I write with the consent of the government to respectfully request permission for her to self-surrender in Arizona instead. Should the Court grant Ms. Hutsona's request, she will report to the U.S. Marshals at the federal courthouse in Phoenix on March 20 at 10 am.

    Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490 (cell)

cc:   AUSA Timothy Capozzi
      AUSA Michael McGinnis

Application GRANTED.  Ms. Hutsona shall surrender to the U.S. Marshal Service at the federal courthouse in Phoenix, AZ, by 10 a.m. on March 20, 2023.  In light of that, the bail hearing on March 20, 2023, is CANCELED.  If the Government agrees that its ex parte letter can be unsealed immediately, it should promptly advise the Court; otherwise, it shall advise the Court when Ms. Hutsona has surrendered, at which time the letter will be unsealed and docketed at that time.  (If the Government, or counsel for the victim, believes that the Government's letter should be redacted in any way, it should seek approval for such redactions in accordance with the Court's Individual Rules and Practices.)  SO ORDERED.

March 17, 2023