

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Tracii Show Hutsona*, 21 Cr. 299 (JMF)

Dear Judge Furman:

  The Government writes to advise the Court that the defendant in the above-referenced case surrendered to the United States Marshals this morning to begin serving her sentence. The Government further respectfully requests that the Court approve narrowly-tailored redactions of sensitive information to certain of the attachments to the Government's *ex parte* submission dated March 13, 2023 (the "March 13 Submission"). The requested redactions relate to financial account numbers and financial transactions involving financial accounts held by the Victim and/or family members of the Victim; login information for such an account; and the name of one of the Victim's children in the context of communications concerning a 529 account. In particular, the Government requests approval of the following redactions:

- Ex. B at Ex. 1(a): Redaction of a 529 account logon username and password, as well as account numbers for two of the Victim's children's 529 accounts;

- Ex. B at Ex. 1(b): Redaction of the name of one of the Victim's children and transaction details from communications that include an image of transactions involving a 529 account of the Victim's niece;

- Ex. B at Ex. 1(c): Redaction of the name of one of the Victim's children from communications that include an image of transactions involving a 529 account of the Victim's niece;

- Ex. B at Ex. 2: Redaction of information discussed above with respect to Ex. B at Ex. 1(a) and Ex. B at Ex. 1(c);

- Ex. B at Ex. 3: Redaction of account numbers for a bank account of the Victim; and

- Ex. B at Ex. 5: Redaction of account number for a bank account of the Victim.

The undersigned has conferred with counsel for the Victim, who similarly requests the above-listed redactions. The Government is providing by email to the Court a copy of its March 13 Submission that includes the above-listed redactions. The Government requests that the Court unseal the March 13 Submission and docket the redacted version of that submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s/
Timothy V. Capozzi
Assistant United States Attorney
(212) 637-2404

cc:     Deborah Colson, Esq. (by ECF)