

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States v. Tracii Show Hutsona*, 21 Cr. 299 (JMF)

Dear Judge Furman:

The Government writes to advise the Court that the defendant in the above-referenced case surrendered to the United States Marshals this morning to begin serving her sentence. The Government further respectfully requests that the Court approve narrowly-tailored redactions of sensitive information to certain of the attachments to the Government's *ex parte* submission dated March 13, 2023 (the "March 13 Submission"). The requested redactions relate to financial account numbers and financial transactions involving financial accounts held by the Victim and/or family members of the Victim; login information for such an account; and the name of one of the Victim's children in the context of communications concerning a 529 account. In particular, the Government requests approval of the following redactions:

- Ex. B at Ex. 1(a):  Redaction of a 529 account logon username and password, as well as account numbers for two of the Victim's children's 529 accounts;

- Ex. B at Ex. 1(b):  Redaction of the name of one of the Victim's children and transaction details from communications that include an image of transactions involving a 529 account of the Victim's niece;

- Ex. B at Ex. 1(c):  Redaction of the name of one of the Victim's children from communications that include an image of transactions involving a 529 account of the Victim's niece;

- Ex. B at Ex. 2:  Redaction of information discussed above with respect to Ex. B at Ex. 1(a) and Ex. B at Ex. 1(c);

- Ex. B at Ex. 3:  Redaction of account numbers for a bank account of the Victim; and

- Ex. B at Ex. 5:  Redaction of account number for a bank account of the Victim.

The undersigned has conferred with counsel for the Victim, who similarly requests the above-listed redactions. The Government is providing by email to the Court a copy of its March 13 Submission that includes the above-listed redactions. The Government requests that the Court unseal the March 13 Submission and docket the redacted version of that submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Timothy V. Capozzi
Assistant United States Attorney
(212) 637-2404

cc:   Deborah Colson, Esq. (by ECF)

Application GRANTED. The Court will file and maintain the unredacted version of the submission under seal. The redacted version will be docketed separately. The Clerk of Court is directed to terminate Docket No. 65.

SO ORDERED.

March 20, 2023