# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

April 14, 2023

By ECF

The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

       *Re:*  *United States v. Tracii Show Hutsona,* **21 Cr. 299 (JMF)**

Dear Judge Furman:

  I represented the defendant, Tracii Show Hutsona, in the above-captioned matter. Following her initial arrest, Ms. Hutsona was released on a $50,000 secured bond, secured by $15,000 in cash deposited with the Court (ECF No. 17). On March 1, 2023, the Court sentenced Ms. Hutsona to a term of incarceration of 51 months. Ms. Hutsona surrendered on March 20, 2023 and is currently serving her sentence at the Federal Correctional Facility in Phoenix, Arizona.

  Because Ms. Hutsona is now serving her sentence, I respectfully request that the $15,000 be released to the surety, Derrell Hutsona (Ms. Hutsona's husband). Thank You for your consideration.

Respectfully submitted,

/s/

Deborah Colson

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 72.

SO ORDERED.

*[signature]*

April 17, 2023