# MANDATE

### UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand twenty-three.

United States of America,

    Appellee,

v.

Tracii Show Hutsona, AKA Sealed Defendant 1, AKA Tracii Show,
AKA Tracii Show Vician,

    Defendant - Appellant.

**ORDER**

Docket No. 23-6206

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/21/2023 |

Appellant moves for voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/21/2023