# EXHIBIT A



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Other - RIS Report for inmate: HUTSONA, TRACII SHOW   46867-112

SEQUENCE:  00434511
Report Date: 02-28-2024



| | | | |
|---|---|---|---|
| Facility: | PHX  PHOENIX FCI | Custody Level: | OUT |
| Name: | HUTSONA, TRACII SHOW | Security Level: | MINIMUM |
| Register No.: | 46867-112 | Proj. Rel Date: | 07-02-2026 |
| Quarters: | C05-032L | Release Method: | FIRST STEP |
| Age: | 55 | DNA Status: | DUB04206 / 06-01-2010 |
| Date of Birth: | 08-18-1968 | | |

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:1343 FRAUD BY WIRE, RADIO, OR TELEVISION | 51 MONTHS |

Date Sentence Computation Began:    03-20-2023
Sentencing District:    NEW YORK, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 /    0 /    0 | 0 | Years: 0 Months: 11 Days: | + 3    JC - 0    InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Program Plans

In addition to the programs completed on her prior team sheets, Ms. Hutson also completed Resolve Workshop, Volunteer Luncheon, Children's Day, Angel Tree, Ceramics Class and is involved in the launch of The Grow Program, which is the most recent program the Camp is now offering. She participates in Alcoholics Anonymous as well when volunteers are made available to her.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 04-11-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 10-03-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-03-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 10-03-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-21-2023 |
| N-EDUC N | NEED - EDUCATION NO | 10-03-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-03-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-03-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-03-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 10-03-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-03-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-03-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 10-03-2023 |
| N-WORK N | NEED - WORK NO | 10-03-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-03-2023 |

## FSA Comments

She is eligible to earn FTC time credits and has a Low-risk recidivism level.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | IND WHSE 1 | CAMP UNICOR WAREHOUSE | 12-01-2023 |

## Work Assignment Summary

She secured a job with our UNICOR warehouse in December 2023 and earns good work evaluations.

## Current Education Information



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Other - RIS Report for inmate: HUTSONA, TRACII SHOW  46867-112

SEQUENCE: 00434511
Report Date: 02-28-2024

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| PHX | ESL HAS | ENGLISH PROFICIENT | 08-29-2009 |
| PHX | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-26-2009 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| PHX | | CERAMIC CLASS | 02-24-2024 | CURRENT |
| PHX SCP | C | CREATIVE WRITING FICTION | 07-06-2023 | 09-07-2023 |
| PHX SCP | C | LIFE SKILLS 1 | 07-03-2023 | 09-18-2023 |
| PHX SCP | C | CAMP TUTOR TRAINING | 04-07-2023 | 06-27-2023 |
| PHX SCP | C | UNIVERSE - SPACE AND EARTH | 04-06-2023 | 06-22-2023 |
| PHX SCP | C | PLANET EARTH 2 CLASS | 04-03-2023 | 06-26-2023 |
| PHX SCP | C | PUBLIC SPEAKING | 04-05-2023 | 06-22-2023 |
| PHX SCP | C | THE STATES | 04-04-2023 | 06-20-2023 |
| PHX SCP | C | CONNECTING WITH TEENS 2 | 04-02-2023 | 06-18-2023 |
| PHX SCP | C | CONNECTING W/FAMILY YOUNG ADUL | 04-02-2023 | 06-18-2023 |
| PHX SCP | C | CARD DESIGN CLASS | 03-31-2023 | 05-19-2023 |

## Education Information Summary

She has assisted in the Education Department as an assigned Tutor.

## Discipline Summary

She has maintained clear conduct during this current term of incarceration.

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| PHX SCP | A-DES | US DISTRICT COURT COMMITMENT | 03-20-2023 | CURRENT |

## Current Care Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-17-2009 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-14-2010 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-17-2009 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-17-2009 |

## Current PTP Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| RP1 TEST | RESOLVE PHASE ONE SCREENING | 02-15-2024 |
| RSW COMP | RESOLVE WORKSHOP COMPLETED | 02-15-2024 |

## Current Drug Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 08-31-2023 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-10-2023 |
| NR WAIT | NRES DRUG TMT WAITING | 08-30-2023 |

## Physical and Mental Health Summary

There are no concerns with her physical or mental health at this time.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Other - RIS Report for inmate: HUTSONA, TRACII SHOW  46867-112

SEQUENCE: 00434511
Report Date: 02-28-2024

**FRP Payment Plan**

Most Recent Payment Plan

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 12-18-2012 |
|---|---|---|---|

Inmate Decision:  **AGREED**  **$250.00**   Frequency: **MONTHLY**
Payments past 6 months:  **$1,500.00**   Obligation Balance: **$1,630,325.24**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |
| 3 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |
| 2 | REST FV | $484,439.79 | $481,565.96 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 02-10-2024 | PHX | PAYMENT | INSIDE PMT | $250.00 |
| | 01-12-2024 | PHX | PAYMENT | INSIDE PMT | $250.00 |
| | 12-12-2023 | PHX | PAYMENT | INSIDE PMT | $250.00 |
| | 11-10-2023 | PHX | PAYMENT | INSIDE PMT | $250.00 |
| | 10-13-2023 | PHX | PAYMENT | INSIDE PMT | $250.00 |
| | 09-13-2023 | PHX | PAYMENT | INSIDE PMT | $250.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 4 | REST FV | $1,148,759.28 | $1,148,759.28 | IMMEDIATE | AGREED |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |

**Financial Responsibility Summary**

She has completed her Felony Assessment to the Court and has made consistent payments toward her Restitution.

**Release Planning**

She will require a relocation to the District of Arizona when she is closer to her PRD.

**General Comments**

Ms. Hutsona has been involved in assisting the Education Department with her mentoring skills.  She assists inmates with building resumes and has taught classes to aid offenders in reentry.  She has maintained clear conduct at our facility and follows the rules and regulations that are expected.



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Other - RIS Report for inmate: HUTSONA, TRACII SHOW  46867-112

SEQUENCE:  00434511
Report Date: 02-28-2024

|  |  |
|---|---|
| Name: | HUTSONA, TRACII SHOW |
| Register Num: | 46867-112 |
| Age: | 55 |
| Date of Birth: | 08-18-1968 |
| DNA Status: | DUB04206 / 06-01-2010 |

_____
Inmate   (HUTSONA, TRACII SHOW, Register Num: 46867-112)

*2/28/24*
_____
Date

_____
Chairperson   *2/28/24*

_____
Date

_____
Case Manager

_____
Date

# EXHIBIT B

# Certificate of Completion

Presented to

*Tracii Hutsona*

For successfully completing the
Drug Abuse Education Course

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.

8/10/2023
Date

Drug Treatment Specialist

FCI Phoenix

Federal Prison Camp

Phoenix, AZ



# Certificate of Completion

presented to

## Tracii Hutsona

who has successfully completed the following Trauma Workshop

### Trauma in Life

February 15, 2024

Dr. Yeh, Resolve Coordinator

# Certificate of Completion

Presented to

## Traci Hutsona

For successfully completing

## Women's Basic Financial Literacy Program

Consisting of Psychoeducation.

This certificate is hereby issued this 24th day of July. 2023

*P. Pearson*

Ms. P. Pearson

Special Populations Coordinator

FPC Phoenix, Arizona

# ★ CERTIFICATE OF COMPLETION ★

THIS DOCUMENT CERTIFIES THAT

## Tracii S. Hutsona

Completed the FSA Square One class at FPC Phoenix, therefore earned this recognition.

Given this January 10, 2024

Phoenix, Arizona

J. Resto, Education Coordinator



# CERTIFICATE OF COMPLETION

### THIS CERTIFIES THAT

Has completed the course of Leisure Card Making in accordance B.O.P./Recreation.

***Hutsona, T***

Dates of course

March 31st, 2023, through May 19th 2023

J. Wood Recreation Specialist

# Certificate of Completion

Presented to

## Tracii Hutsona

For successfully completing

### Women Aging Well

Consisting of Psychoeducation.

This certificate is hereby issued this 22nd day of May, 2023

*P. Pearson*

Ms. P. Pearson

Special Populations Coordinator

*DEPARTMENT OF JUSTICE ★ PRISONS ★ FEDERAL BUREAU ★ FEDERAL ★*

# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

## 46867-112 HUTSONA

Has completed the course of study for Talking with Your Doctor in accordance with the First Step Act (FSA)

Dates of course

May 29th, 2023 through May 31st, 2023

*S. Davis*

S. Davis Recreation Specialist





# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

Hutsona, Traci

Has completed the course of Recreation S.E.P. Walking
Jogging Wellness in accordance B.O.P./Recreation.

Dates of course

April 1st, 2023, through June 30th 2023

J. Wood    Recreation Specialist

# EXHIBIT C



July 26, 2023

Dear Ms. Show-Hutsona:

I am pleased to inform you that you have been awarded two Rio Salado College scholarships for Fall 2023. The courses, SBS200 Small Business Operations and SBS213 Hiring and Managing Employees, fulfill requirements for your certificate.

Your courses will begin August 28, and we will deliver course materials by Thursday, August 24. If you will be released prior to then or, if for any reason, you no longer wish to take college courses, it is important that you inform us immediately. You can meet with us in person at FPC on Thursdays beginning at 11am or deliver a written message for us to Mr. Resto, FPC Education Coordinator.

Congratulations on your scholarships!

Very best regards,

Dr. Peg Bortner
Bortner@asu.edu
Retired ASU Faculty
ASU College Program Volunteers
Federal Prison Camp - Phoenix



## Incarcerated Student Gradebook Report

**RIO SALADO COLLEGE**
A MARICOPA COMMUNITY COLLEGE

### Tracii Show-Hutsona

**37016196**          DOC: **46867-112**

| 4236 - SBS213 - 26969 | Start/End Date: **10/23/2023 - 12/2/2023** |
|---|---|
| Instructor: **Ruth Embleton** | Last Date to Withdraw: **11/5/2023** |

| Total Points Scored | 840 |
|---|---|
| Total Points Possible | 1000 |
| Current Grade Status | 98 %   A |

| Item | Points Scored | Max Points | Due Date | Submission Date |
|---|---|---|---|---|
| Syllabus Quiz | 8 | 10 | 10/23/2023 | 11/27/2023 |
| Lesson 1 Project | 147 | 150 | 10/23/2023 | 11/14/2023 |
| Lesson 2 Project | 145 | 150 | 10/30/2023 | 11/27/2023 |
| Lesson 3 Project | 146 | 150 | 11/06/2023 | 12/15/2023 |
| Lesson 4 Project | 198 | 200 | 11/13/2023 | 12/13/2023 |
| Lesson 5 Project | 196 | 200 | 11/20/2023 | 12/13/2023 |
| Lesson 6 Project | ✓ | 140 | 11/27/2023 | |

*submitted 12/14/23*

*Your final grade will be available soon.*

*Dr. Bortner*

**Incarcerated Re-Entry Correspondence Program**
2323 West 14th Street Tempe, AZ 85281
480-517-8345
incarcerated.reentr@riosalado.edu
www.riosalado.edu/programs/palumni/distance-learning/Pages/default.aspx



**RIO SALADO COLLEGE**
A MARICOPA COMMUNITY COLLEGE   **Incarcerated Student Gradebook Report**

| Tracii Show-Hutsona | | |
|---|---|---|
| 37016196          DOC: 46867-112 | | |

| 4236 - SBS200 - 27673 | Start/End Date: | **10/23/2023 - 12/16/2023** |
|---|---|---|
| Instructor: **Nelly Clotter-Woods** | Last Date to Withdraw: | **11/11/2023** |

| Total Points Scored | 9 |
|---|---|
| Total Points Possible | 1000 |
| Current Grade Status | 90 %   A |

✓ = submitted

| Item | Points Scored | Max Points | Due Date | Submission Date |
|---|---|---|---|---|
| Syllabus Acknowledgement Quiz | 9 | 10 | 01/01/1900 | 12/03/2023 |
| Lesson 1 Assignment - Company Description | ✓ | 100 | 01/01/1900 | |
| Lesson 2 Assignment - Management Team | ✓ | 100 | 01/01/1900 | |
| Lesson 2 Assignment - Employee Manual | ✓ | 100 | 01/01/1900 | |
| Lesson 3 Assignment - Legal Form of Organization | ✓ | 100 | 01/01/1900 | |
| Lesson 4 Assignment - The Location | ✓ | 100 | 01/01/1900 | |
| Lesson 5 Assignment - Operations | ✓ | 120 | 01/01/1900 | |
| Lesson 6 Assignment - Purchasing/Quality Control | ✓ | 120 | 01/01/1900 | |
| Lesson 7 Assignment - Risk | ✓ | 120 | 01/01/1900 | |
| Lesson 8 Assignment - Financial Issues | ✓ | 130 | 01/01/1900 | |

*Due now.*

*Please see me about instructor. Thank you. Dr. Bortn*

Incarcerated Re-Entry Correspondence Program
2323 West 14th Street Tempe, AZ 85281
480-517-8345
incarcerated.reentr@riosalado.edu
www.riosalado.edu/programs/palumni/distance-learning/Pages/default.aspx

# EXHIBIT D

*Tracii Hutsona*

*Release Plan*

I have written a release plan to to express my sincere remorse for my actions which brought me here, and show how I use my time in prison to transform myself in to a better person; committed to avoiding recidivism. I am not proud of what I did, but I am determined to make amends and return to society as a productive, law abiding citizen.

This release plan describes my self-directed pathway to becoming a better person. Together with my Unit Team's guidance, and the accountability partnership with my loved ones, I will remain focused on making this time productive and strengthening relationships with my family and community.

This plan is one that I have been committed to, and will continue to develop and update in order to maintain a self-directed pathway to prepare for the best outcome after my release. The plan includes the following headings:

**I. Identifying Information**
**II. Projections**
**III. Special Considerations**
**IV. My Personal Plan**
**V. Post Conviction Behavior**
**VI. Transportation and Housing**
**VII. Medical/Mental Health**
**VIII. Financial Obligations**
**IX. Education**
**X. Risk and needs assessment**
 **Conclusion**

## I. IDENTIFYIING INFORMATION

**Sentenced**: I pled to a sentence guideline off 33-41 months. After a request for a guideline adjustment, was brought to the court's attention, the guidelines were recalculated, and I was sentenced to serve 51 months, on February 28, 2023.

 **Surrender** Date and Location: I surrendered to the Federal Prison Camp in Phoenix, Arizona.

## II. PROJECTIONS

*The BOP granted me Earned Time Credit at the rate of 10 days per month for the first six months of my sentence, with my participation in Evidence Based Recidivism Programs (EBRR).*

*Based on my sentence of 51 months, the Good Conduct Time (GTC) I anticipate receiving (15% credit) amounts to roughly 7.65 months of GTC.*

*USSC 821, Part A, represents that as of November 1. 2023, defendants who have received "status points" for criminal history are subject to a reduction of such status points, as the sentencing guidelines have subsequently been made retroactive, and made effective on February 1, 2024. I qualify for a guideline sentence reduction from 41-51 months to a new range of 33-41 months.*

### III. SPECIAL CONSIDERATIONS

*My judge recommended that I participate in RDAP, which would reduce my sentence by 12 months. Because of the conditions at the BOP, including the removal and convictions of several high-level officials in female facilities, the termination of the RDAP program in other female facilities was imminent. As a result, the program has been postponed, shortened, and no longer available to me within the time to grant the 12 month reduction. I remain very much interested in the behavioral therapy, and have enrolled in the Non-Residential version of RDAP, here on campus. It was explained by the RDAP coordinator, that it is the same exact program module and textbooks, but taught weekly, living in a separate housing unit in the same facility. This will allow my participation in the behavioral module through psychology; but will eliminate the 12 month sentence reduction incentive at the bureau level. Any reduction consideration would need to come from the district court. I will implore the court to carefully consider the current conditions of the BOP, and grant me the 12 month reduction for my participation in the same (non-residential) program.*

*After the instant offense, but before my arrest, I started a restaurant in 2019. The company grew to include restaurants in two states. At the time of my incarceration, BB Restaurant Group employed roughly 130 people. My daughter has been trying to keep things afloat, but I hear daily of the challenges and issues with employee retention and brand continuity without my presence. Simply put, the company is struggling without my leadership. We have been forced to close one location, and I fear that this trend will progress until I am able to work in the business again.With the ability to return to work via monitored work release, home confinement, or from an RRC, I will be able to sustain jobs in the communities, as well as make a great impact on my debt of restitution to my victim.*

*The conditions and treatment of inmates at BOP facilities is deplorable. I shall focus on my own plans for reentry to society as a better person, and not go in to grand detail in this plan. There is a list of conditions currently impacting our health and safety (attached). Continuing my sentence in home confinement would allow ankle monitored movement to and from home and work, allowing me to earn and pay my debt, in lieu of*

*being subject to the myriad of issues in the BOP facility, without an outlet to earn, repay, or seek further therapies. Evidence based programs through U.S. courts and the BOP have proven that sentences served in a home confinement setting are more effective than those served in a prison setting. Home confinement placement under the Second Chance Act, 18 USC 3624(c), are matters to be determined on an individual basis upon consideration of several factors, including "any statement by the court that imposed the sentence..." (See Lovett v. Hogsten, No. 09-5605,2009 WL 5851205, at *1 (6th Cir., USC 3621(b).*

## IV. MY PERSONAL PLAN

*There is no excuse for my actions. I realize now that I reacted with anger. Initially, I made excuse after excuse for my actions. I realize now that this has gotten me nowhere in life, and I need to make critical changes to be the person I know I am sometimes- ALL the time. I have no one to blame but myself.*

*Prior to my incarceration, I operated a successful business. I lived a law abiding life in the five years between this offense and my incarceration. I mentored my management teams, and employees to follow regular compliance as well as ethical practices. I led with a good example in raising my children. But I was always waiting... wondering if this investigation would pop up. In a sense, I feel freed of that feeling, and have continued on the path of redemption. To ensure personal growth and prevent future mistakes, I have developed a release plan. In it, I work the steps I'm taking, and with the people holding me accountable for making these changes. I will return to my community better that when I left it- committed to avoiding recidivism. I will use this plan to help others avoid the same mistakes I made, by creating healthy lifestyle habits.*

## V. POST CONVICTION BEHAVIOR

*After this conviction, I continued to run my business, working every day while on pre- trial release. Once incarcerated, I met with the facility Unit Team at FPC Phoenix to work together on my plan to become a better person, and allow them to guide me through this time with recommendations for my own personal growth. Throughout this process, I have become passionate about not only personal reform, but prison reform as well. While serving my sentence, I have been tutoring, teaching, and offer guidance in a way the camp unit team deems appropriate. Through these community-building efforts, I work toward improving the culture that confines me. I am teaching classes in the following courses:*

        **Life Skills** *(release plans, resumes, goals/habits. difficult explanations interviewing techniques .*

        **Creative Writing**
        *(memorializing your journey through expression)*

*Restaurant Operations*
*(food handling, FOH/BOH, compliance and safety,  P&L) As of now, I have completed the following programs offered at the camp:*

*- Financial Literacy*
*- Drug Education/Criminal Behavior*
*- Connecting with Families*
*- Camp Tutor Training*
*- Creative Writing*
*- Card Making*
*- Aging Well*
*- Talking with your Doctor*
*- Public Speaking*
*- Trauma in Life/DBT*
*- Women Giving Back (Victim  Impact Awareness)*
*- Foundations*
*- Square One*
*- Non-Residential RDAP (enrolled)*
*- Various Recreation classes*

*I am currently enrolled in Arizona State University continued education pro    grams, and have completed the following courses:*
*- SBS200 Small Business Operations and*
*- SBS213 Hiring and Managing Employees*

**In April, 2023**, *I helped to serve at the prison's volunteer appreciation luncheon, where the FCI and camp host an appreciation day for volunteers who devote time and effort to benefit the community and the prison population.*

**In May 2023**, *I volunteered to assist with the Children's Day program, preparing activities and set up for children to visit on Mother's Day weekend.*

**In September 2023**, *I was accepted and relocated on campus to a new pilot program through the Bureau of Prisons called the GROW program (Getting Ready for the Outside World), an honor unit, in which the requirements are to lead by example and mentor others, following facility and BOP guidelines without exception, have clear conduct, and the ability to positively influence other inmates.*

**In November and December of 2023**, *I led the AngelTree effort for the women's camp and men's FCI in Phoenix by setting up the tree and allocating the children's gift tags, promoting giving for children of incarcerated parents. I returned to the FCI before Christmas to collect the gifts and  prepare for delivery, and after Christmas to organize tear down and clean up.*

### VI. TRANSPORTATION AND HOUSING

My family resides at 10172 E. Cochise Drive in Scottsdale, Arizona. They can assure that I am permitted to live here when the authorities deem it appropriate. This is a low crime residential area where everyone knows each other. My family maintains great relationships with our neighbors, who help and support one another. In this area, I will be supported by those who love me the most, to hold me accountable as I return to a law abiding and productive life. I have maintained close ties with family and friends. Through regular in-person and video visitation with my husband, children, sister, parents-in-law, and friends, I feel the support necessary to prove myself worthy of the dedication they have shown me. I do not own a vehicle, but my husband and daughter will allow me access to their cars. When permitted to do so, I will rely on this source of transportation to meet my employment and family obligations.

### VII. MEDICAL AND MENTAL HEALTH ISSUES

My physician and the BOP physicians prescribed me regulars breathing treatments, and an albuterol inhaler for the treatment of an on-going condition affecting my lung capacity from Long Hauler's Covid (LHC) The US probation department identified my physical health elements as a factor that may warrant a non-guideline sentences persuent to the factors found in 18 USC 3553 (a) (PSR/Page30/Part F/Paragragh 136) I have been on the waitlist for the specialist since 3/2023 there is no treatment for LHC at this facility. I have been participating in mental health programs and counseling. I have not been prescribed any mental health prescriptions.

### III. FINANCIAL OBLIGATIONS

A judge ordered me to pay financial damages as part of my sentence. The total amount owed including fines, fees, and restitution amounts to $1,148,759.28. I have worked with my family and legal counsel to develop a plan to satisfy these obligations. My bail amount of $15,000 was forfeited and applied to restitution with interest.

In addition to significant payments made directly to the victim (not applied by the court), the payment applied to restitution since my incarceration (3/2023-2/2024) total $17,555.19.
I am enrolled in the BOP Federal Restitution Program (FRP), and am currently paying (10 X) over and above the restitution payments prescribed. While the obligation is $25.00 per quarter, I am currently making payments of $250.00 monthly. My income ranges from $2.75 to $24.00 per month while incarcerated, so I am drawing from my commissary account to make payments.

Once transferred to home confinement, my payments will significantly increase with the benefit of full time employment.

### IX. EDUCATION

*Growing up, my family stressed the importance of education. With their support, I earned my high school diploma, while also working overseas as a model, and helped my parents to provide for our family. I furthered my education at San Jose State University through an international program with Tokyo University, where I became proficient in Japanese.*

*I am currently enrolled in business and ethics classes through correspondence with Arizona State University while incarcerated, to further my knowledge in the modern business world. I remain dedicated to my continued education, and have earned A grades in both Business operations and Employee Management while incarcerated. I have attached a transcript of the classes and programs completed through this program. While incarcerated, I am leveraging my own opportunities to expand my professional education, as well as leverage the experience I have had to help others grow and learn.*

### X. RISK AND NEEDS ASSESSMENT

*Through staff interviews, programming, and behavioral evaluation in the BOP, I have been deemed a low risk for recidivism, minimum security risk, and out custody classification. These findings are attached. I have maintained clear conduct, with zero infractions or incidents.*

### CONCLUSION

*More than once, I've read the words "progress is impossible without change." I strongly believe in that statement. When I stray from a law-abiding life, I know that my actions are wrong. I have made excuse after excuse to justify my actions, clinging to the good that I have done, and the person I know I can be. I have not only made a commitment to myself and my family, but I found purpose through all my mistakes in life. I see that I can make a difference, and feel important in a more rewarding way than what money can buy. I have made a promise to myself, my family, and communities, that the life change they saw in me will never digress again.*

*The conditions at the BOP (particularly female facilities) are highly  scrutinized by congress. The camps are under staffed, out custody housing, unable to provide safety and security. The programs offered are limited.I have completed every means of rehabilitation. Per the reentry curriculum circulated through out BOP facilities, "Evidence based recidivism reduction (EBRR) programs rolled out through the U.S. courts and The BOP have proven that sentences served in a home confinement setting are more effective than those served in a prison setting.*

*"As of May 27, 2023, BOP placed 13,204 individuals into home confinement under the [CARES Act.]. Only 22 of those people have been returned to prison for committing a new crime."*