**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

July 3, 2024

By ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Tracii Hutsona, *21 Cr. 299 (JMF)*

Dear Judge Furman:

      Ms. Hutsona is serving a 51-month sentence imposed by this Court on February 28, 2023. Enclosed is a pro se compassionate release application she asked my office to file on her behalf.

      Thank you for your consideration.

                      Respectfully submitted,

                      /s/

                      Deborah Colson
                      (917) 543-6490 (c)

cc: AUSA Tim Capozzi