UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
            -v-                                           :        21-CR-299 (JMF)
                                                          :
TRACII SHOW HUTSONA,                                      :        ORDER
                                                          :
                        Defendant.                        :
                                                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court received an email from the victim in this case inquiring about restitution

payments.  The Court has forwarded the email to the Government, which is directed to promptly

contact the victim in response to the email.  The Clerk of Court is directed to file and maintain

the email under seal.

        SO ORDERED.

Dated: June 4, 2026
        New York, New York                        _____
                                                          JESSE M. FURMAN
                                                    United States District Judge